IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHAD RHOADES and LUIS URBINA, on behalf of themselves and all others similarly situated, | ) ) ) ) | 2:10-cv-00763-GEB-KJN |
| Plaintiffs, | ) ) | ORDER |
| v. | ) ) | |
| PROGRESSIVE CASUALTY INSURANCE COMPANY, INC., an Ohio Corporation, | ) ) ) ) | |
| Defendant.[1] | ) ) | |

The parties' proposed briefing schedule in their Joint Status Report ("JSR") filed April 25, 2011, on whether this putative class action should be certified as a class action is adopted as follows: Plaintiffs' motion for class certification shall be filed no later than April 18, 2012, which shall be scheduled for hearing commencing at 9:00 a.m. on July 2, 2012; Defendant's opposition shall be filed no later than May 18, 2012; and, Plaintiffs' reply shall be filed no later than June 15, 2012.

Further, the Status (Pretrial Scheduling) Conference scheduled for May 9, 2011, is continued to September 17, 2012, commencing at 9:00

---

[1] The caption has been amended according to the <u>Dismissal of Doe Defendants</u> portion of this Order.

1

1 a.m.  A further joint status report shall be filed no later than
2 fourteen (14) days prior to the status conference.
3         In addition, since Plaintiffs have not justified Doe
4 defendants remaining in this action, Does 1-100 are dismissed.  <u>See</u>
5 Order Setting Status (Pretrial Scheduling) Conference, at 2 n.2
6 (indicating that if justification for "Doe" defendant allegations not
7 provided Doe defendants would be dismissed).
8         IT IS SO ORDERED.
9 Dated:  May 9, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge