1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD RHOADES and LUIS URBINA, on behalf of themselves and all others similarly situated, <br><br>          Plaintiffs, <br><br>     v. <br><br> PROGRESSIVE CASUALTY INSURANCE COMPANY, INC., an Ohio Corporation, and Does 1 through 100, inclusive, <br><br>          Defendants. | Case No. 2:10-CV-00763-GEB-KJN <br><br> **[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND TO MODIFY BRIEFING SCHEDULE** <br><br> Judge: Hon. Garland E. Burrell, Jr. <br><br> Complaint filed: February 22, 2010 <br> Trial Date: TBD |

- 1 -

Pursuant to the Stipulation to Continue the Hearing on Plaintiffs' Motion for Class Certification and to modify the briefing schedule, and for Good Cause showing, IT IS HEREBY ORDERED that the hearing is continued and briefing is set as follows:

- Plaintiffs' Motion for Class Certification to be filed no later than July 27, 2012

- Defendant's Opposition to Motion to be filed no later than August 24, 2012

- Plaintiffs' Reply to Motion to be filed no later than September 14, 2012

- Hearing on Plaintiffs' Motion is rescheduled to **October 9, 2012** at **9:00 a.m.**

IT IS SO ORDERED.

**Date: 4/11/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge