UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD RHOADES and LUIS URBINA, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY, INC., an Ohio Corporation, and Does 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No. 2:10-CV-00763-GEB-KJN<br><br>**[PROPOSED] ORDER GRANTING SECOND JOINT REQUEST AND STIPULATION TO CONTINUE CLASS CERTIFICATION HEARING AND TO MODIFY BRIEFING SCHEDULE**<br><br>[Fed. R. Civ. P., Rule 26 (a)(1)]<br><br><br>Judge:  Hon. Garland E. Burrell, Jr.<br><br>Complaint filed: February 22, 2010<br>Trial Date: TBD |

- 1 -

Pursuant to the Stipulation to Continue the Hearing on Plaintiffs' Motion for Class Certification and to modify the briefing schedule, and for Good Cause showing, IT IS HEREBY ORDERED that the hearing is continued and briefing is set as follows:

- Plaintiffs' Motion for Class Certification to be filed no later than January 11, 2013
- Defendant's Opposition to Motion to be filed no later than February 13, 2013
- Plaintiffs' Reply to Motion to be filed no later than February 22, 2013
- Plaintiffs' Motion for Class Certification shall be heard on **March 11, 2013** at **9:00 a.m.**

IT IS SO ORDERED.

**Date:  7/23/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge