IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD RHOADES and LUIS URBINA, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY, INC., an Ohio Corporation,<br><br>        Defendant. | 2:10-cv-00763-GEB-KJN<br><br>ORDER RE: SETTLEMENT AND DISPOSITION |

        Defendant filed a "Notice of Settlement" on March 8, 2013, in which it states: "Defendant and Plaintiffs Chad Rhoades and Luis Urbina have agreed on a settlement of this matter and have executed a settlement agreement. The undersigned expects that a stipulated request for dismissal with prejudice will be filed with this Court by March 29, 2013." (ECF No. 59.)

        Therefore, a dispositional document shall be filed no later than March 29, 2013. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

1

Further, the Status Conference scheduled for hearing on May 13, 2013, will remain on calendar in the event no dispositional document is filed, or if this action is not otherwise dismissed.[1] A joint status report shall be filed fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated: March 11, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987)(indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2