IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHAD RHOADES and LUIS URBINA, on behalf of themselves and all others similarly situated,

        Plaintiffs,

  v.

PROGRESSIVE CASUALTY INSURANCE COMPANY, INC., an Ohio Corporation,

        Defendant.

2:10-cv-00763-GEB-KJN

ORDER RE: SETTLEMENT AND DISPOSITION

Defendant filed a "Notice of Settlement" on March 8, 2013, in which it states: "Defendant and Plaintiffs Chad Rhoades and Luis Urbina have agreed on a settlement of this matter and have executed a settlement agreement. The undersigned expects that a stipulated request for dismissal with prejudice will be filed with this Court by March 29, 2013." (ECF No. 59.)

Therefore, a dispositional document shall be filed no later than March 29, 2013. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

1

Further, the Status Conference scheduled for hearing on May 13, 2013, will remain on calendar in the event no dispositional document is filed, or if this action is not otherwise dismissed.[1] A joint status report shall be filed fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated: March 11, 2013

*(signature)*
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987)(indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2