1  SEYFARTH SHAW LLP
   Brandon R. McKelvey (State Bar No. 217002)
2  400 Capitol Mall, Suite 2350
   Sacramento, California 95814-4428
3  Telephone: (916) 448-0159
   Facsimile: (916) 558-4839
4
   Attorneys for Defendant
5  PROGRESSIVE CASUALTY
   INSURANCE COMPANY, INC.
6
   COHELAN KHOURY & SINGER
7  Timothy D. Cohelan, Esq. (SBN 60827)
   Michael D. Singer, Esq. (SBN 115301)
8  Jeff Geraci, Esq. (SBN 151519)
9  605 C Street, Suite 200
   San Diego, CA 92101-5305
10 Telephone:    (619) 595-3001
   Facsimile:    (619) 595-3000
11
12 DESKIN LAW FIRM, APLC
   Samuel S. Deskin, Esq. (SBN 216974)
13 1020 South Sherbourne Dr. Suite 204
   Los Angeles, CA 90035
14 Telephone:    (310) 720-3634
   Facsimile:    (310) 360-9882
15
16 Attorneys for Plaintiffs CHAD RHOADES and LUIS URBINA,
   on behalf of themselves and all others similarly situated,
17

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CHAD RHOADES and LUIS URBINA, on behalf of themselves and all others similarly situated, | ) ) ) | Case No. 2:10-CV-00763-GEB-AC |
|---|---|---|
| Plaintiffs, | ) ) ) ) | **[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF NAMED PLAINTIFFS' CLAIMS WITH PREJUDICE AND UNNAMED CLASS MEMBERS' CLAIMS WITHOUT PREJUDICE** |
| v. | ) ) ) | |
| PROGRESSIVE CASUALTY INSURANCE COMPANY, INC., an Ohio Corporation, and Does 1 through 100, inclusive, | ) ) ) ) | Judge: Hon. Garland E. Burrell, Jr. |
| Defendants. | ) ) ) | Complaint filed: February 22, 2010
Trial Date: TBD |

- 1 -

1   Pursuant to the Parties' Joint Stipulation of Dismissal, and for good cause shown, the
2   Court orders as follows:
3      1.   The individual claims of Plaintiff CHAD RHOADES against Defendant are
4   dismissed in their entirety with prejudice.
5      2.   The individual claims of Plaintiff LUIS URBINA against Defendant are
6   dismissed in their entirety with prejudice.
7      3.   The individual claims against Defendant as to any Unnamed Class Member are
8   dismissed in their entirety without prejudice.
9      4.   Each party to bear his/its own cost and fees.
10  IT IS SO ORDERED.
11  **Date:** <u>3/25/2013</u>

                                                          _____
                                                          GARLAND E. BURRELL, JR.
                                                          Senior United States District Judge