1  SEYFARTH SHAW LLP
   Brandon R. McKelvey (State Bar No. 217002)
2  400 Capitol Mall, Suite 2350
   Sacramento, California 95814-4428
3  Telephone: (916) 448-0159
   Facsimile: (916) 558-4839
4
   Attorneys for Defendant
5  PROGRESSIVE CASUALTY
   INSURANCE COMPANY, INC.
6
   COHELAN KHOURY & SINGER
7  Timothy D. Cohelan, Esq. (SBN 60827)
   Michael D. Singer, Esq. (SBN 115301)
8  Jeff Geraci, Esq. (SBN 151519)
9  605 C Street, Suite 200
   San Diego, CA 92101-5305
10 Telephone:    (619) 595-3001
   Facsimile:    (619) 595-3000
11
12 DESKIN LAW FIRM, APLC
   Samuel S. Deskin, Esq. (SBN 216974)
13 1020 South Sherbourne Dr. Suite 204
   Los Angeles, CA 90035
14 Telephone:    (310) 720-3634
   Facsimile:    (310) 360-9882
15
16 Attorneys for Plaintiffs CHAD RHOADES and LUIS URBINA,
   on behalf of themselves and all others similarly situated,
17

18                UNITED STATES DISTRICT COURT

19                EASTERN DISTRICT OF CALIFORNIA

| CHAD RHOADES and LUIS URBINA, on behalf of themselves and all others similarly situated, | ) ) ) | Case No. 2:10-CV-00763-GEB-AC |
|---|---|---|
| Plaintiffs, | ) ) ) ) | **[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF NAMED PLAINTIFFS' CLAIMS WITH PREJUDICE AND UNNAMED CLASS MEMBERS' CLAIMS WITHOUT PREJUDICE** |
| v. | ) ) ) | |
| PROGRESSIVE CASUALTY INSURANCE COMPANY, INC., an Ohio Corporation, and Does 1 through 100, inclusive, | ) ) ) ) | Judge: Hon. Garland E. Burrell, Jr. |
| Defendants. | ) ) ) | Complaint filed: February 22, 2010<br>Trial Date: TBD |

- 1 -

Pursuant to the Parties' Joint Stipulation of Dismissal, and for good cause shown, the Court orders as follows:

1. The individual claims of Plaintiff CHAD RHOADES against Defendant are dismissed in their entirety with prejudice.

2. The individual claims of Plaintiff LUIS URBINA against Defendant are dismissed in their entirety with prejudice.

3. The individual claims against Defendant as to any Unnamed Class Member are dismissed in their entirety without prejudice.

4. Each party to bear his/its own cost and fees.

IT IS SO ORDERED.

**Date:  3/25/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge